PATRICIA LITT
2409 Festive Ct.
North Las Vegas, NV
(702) 285-0822
*In Pro Per*

2011 MAY -5 P 3:56

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Patricia Litt,<br><br>       Plaintiff,<br><br>vs.<br><br>Clark County, Nevada<br><br>       Defendant. | Case No: 2:08-cv-01794-RCJ-LRL<br><br>**Motion**<br>**For Continuance of Stay** |

I Patricia Litt, respectfully request permission for continuance of the stay up to the completion and resolution of the underlying EEOC case. I was recently advised that my charge has been assigned and is currently undergoing investigation.

*Patricia Litt*

APPROVED:

Dated: this 19th day of May, 20 11.

_____UNITED STATES MAGISTRATE JUDGE